# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 31 2011
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S-11-0225-02 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| KARINA JUAREZ, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Karina Juarez** Case <u>CR S-11-0225-02 WBS</u> from custody for the following reasons:

\_\_  Release on Personal Recognizance

\_\_  Bail Posted in the Sum of _____

\_\_  Unsecured bond

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond secured by Real Property

\_\_  Corporate Surety Bail Bond

**X** (Other) **Defendant sentenced to a period of TIME SERVED.**

Issued at <u>Sacramento, CA</u> on <u>October 31, 2011</u> at <u>11 a.m.</u>

By _William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM ✓
Copy to Docketing ✓